UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JOMAR LITTLE, | Case No. 2:26-cv-03171-SB-AS |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| MICHAEL KORS STORES CALIFORNIA, LLC, | |
| Defendant. | |

On April 14, 2026, the Court dismissed Plaintiff's complaint for failure to state a claim and allowed Plaintiff the opportunity to file an amended complaint by May 15, 2026, ordering:

By May 15, 2026, Plaintiff shall file an amended complaint that addresses the deficiencies in the original complaint. Otherwise, Plaintiff's failure to respond by May 15 will be construed as an election to stand on the original complaint and will result in dismissal of his claims with prejudice for failure to state a claim. *See Harris v. Mangum*, 863 F.3d 1133, 1142 (9th Cir. 2017) ("[Plaintiff's] failure to file an amended complaint [does] not negate the determination already made by the court that the complaint . . . on which [plaintiff] effectively elected to stand, failed to state a claim."); *WPP Luxembourg Gamma Three Sarl v. Spot Runner, Inc.*, 655 F.3d 1039, 1058 n.6 (9th Cir. 2011) (courts enjoy broad discretion to dismiss with or without prejudice under 12(b)(6)); *Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1725 (2020) (a court's authority to dismiss a complaint for failure to state a claim under § 1915 "tracks courts' ordinary authority to decide whether a dismissal for failure to state a claim should have preclusive effect").

1

2

Dkt. No. 9 at 4–5.  Plaintiff did not file an amended complaint by May 15 or otherwise respond to the Court's order.  Accordingly, consistent with the April 14 order, Plaintiff's failure to respond by May 15 is construed as an election to stand on the original complaint, and Plaintiff's claims are dismissed with prejudice for failure to state a claim.

A final judgment will be entered separately.

Date: May 28, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge