JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE JOMAR LITTLE, | Case No. 2:26-cv-03171-SB-AS |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| MICHAEL KORS STORES CALIFORNIA, LLC, | |
| Defendant. | |

For the reasons stated in the Court's April 14, 2026 order of dismissal and the separate order of dismissal entered this date, it is ordered and adjudged that Plaintiff's claims are dismissed with prejudice for failure to state a claim.

This is a final judgment.

Date: May 28, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge